# United States Bankruptcy Court
## Northern District of Mississippi

| In re | Daniel Moore | | Case No. | 19-14709 |
|---|---|---|---|---|
| | Debtor(s) | | Chapter | 13 |

## CERTIFICATE OF SERVICE

I hereby certify that on **December 17, 2019,** a copy of **Notice of Social Security Number form CLF 217** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

\*all creditors listed on the attached matrix

/s/ Robert H. Lomenick
Robert H. Lomenick 104186
Schneller & Lomenick, P.A.
126 North Spring Street
Post Office Box 417
Holly Springs, MS 38635
662-252-3224Fax:662-252-2858
rlomenick@gmail.com