

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE: DANIEL MOORE** | **CHAPTER 13** |
| **DEBTOR** | **CASE NO. 19-14709-JDW** |

## ORDER

**THIS CAUSE** came before the Court upon the Motion for Compensation filed by Debtor's Counsel [Dkt. #32], and no response having been filed by the deadline set by the Court, the motion is due to be granted.

It is therefore, **ORDERED** that Debtor's counsel is entitled to compensation in the amount of $1,870.60 from the funds held on hand by the trustee, minus trustee fees and expenses.

#ENDOFORDER#

SUBMITTED BY:
KAREN B. SCHNELLER, MSB 6558
ROBERT H. LOMENICK, JR., MSB 104186
SCHNELLER & LOMENICK, P.A.
126 NORTH SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MISSISSIPPI 38635
662-252-3224 /karen.schneller@gmail.com
rlomenick@gmail.com
ATTORNEYS FOR DEBTOR